UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCO MEIER,                                        Case No.: 1:25-cv-02539 (PAE)

                      Plaintiff,           **STIPULATION TO AMEND
                                                    COMPLAINT**

    -against-

GOOGLE LLC., and MARTA MARTINEZ, *Individually*,

                      Defendant.
------------------------------------------------------------------X

      **WHEREAS**, on December 8, 2025, Plaintiff moved this Court, pursuant to Fed. R. Civ. P. 15(a)(2), for an Order to amend the Complaint to plead additional factual details, to make minor stylistic changes, and to correct certain inaccuracies. [Dkt. No. 33, 33-1, and 33-2];

      **WHEREAS**, on December 9, 2025, the Court directed Defendants to file any response to Plaintiff's Motion for Leave to Amend the Complaint by December 11, 2025;

      **WHEREAS**, as a result of the foregoing, the Parties have agreed to enter into a Stipulation for Plaintiff to amend the Complaint, subject to this Court's approval.

      **NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and amongst the undersigned Counsel for the respective Parties, that Plaintiff shall file a First Amended Complaint in this matter by December 11, 2025; and

      **IT IS FURTHER STIPULATED AND AGREED**, that Defendants shall have until January 2, 2026 to answer or otherwise respond to the First Amended Complaint; and

**IT IS FURTHER STIPULATED AND AGREED**, that facsimile and/or electronic copies of the signatures on this Stipulation shall be treated as originals for all purposes and that this Stipulation may be executed in counterparts.

Dated: New York, New York
       December 10, 2025

| JOSEPH & NORINSBERG, LLC | LITTLER MENDELSON, P.C. |
|---|---|
| By:  /s/ Jitesh Dudani_____ <br> Jitesh Dudani, Esq. <br> William K. Oates, Esq. <br> One World Trade Center, Floor 85 <br> New York, New York 10007 <br> Tel: (212) 227-5700 <br> Fax: (212) 656-1889 <br> Jitesh@employeejustice.com <br> William@employeejustice.com <br> *Attorneys for Plaintiff* | /s/ Daniel Gomez-Sanchez_____ <br> Daniel Gomez-Sanchez, Esq. <br> Joseph A. Gusmano, Esq. <br> 290 Broadhollow Road, Suite 305 <br> Melville, New York 11747 <br> Tel: (631) 247-4700 <br> dsgomez@littler.com <br> jgusmano@littler.com <br> *Attorneys for Defendants* |

SO-ORDERED

__*Paul A.*_____
Hon. Paul A. Engelmayer

Dated:  12/11/25