UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
MARCO MEIER,

          Plaintiff,

         -against-

GOOGLE LLC, et al.,

          Defendants.

-----------------------------------------------------------x

25-CV-2539 (PAE)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Thursday, February 05, 2026.

As discussed on the call, the parties are directed to submit a joint status letter by **Thursday, February 26, 2026,** to advise the Court if another Preliminary Conference Settlement Call is desired. Nothing in this Order should be read to preclude the parties from requesting a conference outside of a joint status letter.

      SO ORDERED.

Dated: February 6, 2026
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge