UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO MEIER,<br><br>      Plaintiff,<br><br>    -against-<br><br>GOOGLE LLC., and MARTA MARTINEZ, *Individually*,<br><br>      Defendants. | Civil Action No.: 1:25-cv-02539 (PAE) |

## **LETTER ROGATORY (LETTER OF REQUEST)**

The United States District Court for the Southern District of New York presents its compliments to the Appropriate Judicial Authority of Canada, and requests international judicial assistance to compel Daniel McPhee to give deposition testimony upon oral examination under oath in Toronto, Canada, for use in this civil action. This request is made pursuant to 28 U.S.C. § 1781(b)(2) upon the application of Defendants Google LLC and Marta Martinez (collectively, "Defendants").

In this action, Plaintiff Marco Meier alleges that Defendants engaged in discriminatory and retaliatory conduct toward him. A copy of the Amended Complaint is attached hereto as Exhibit 1. Defendants deny that they engaged in any wrongdoing. The parties are currently engaged in discovery. On January 27, 2026, this Court issued an extension requiring the parties to complete depositions by May 4, 2026, and all other fact discovery by June 4, 2026.

In this Court, parties to a civil action may obtain testimony from non-party witnesses. Plaintiff has identified Mr. McPhee as an individual with information and knowledge of Plaintiff's allegations in his Complaint, and has secured an oral and/or written statement from him. As such, the deposition of Mr. McPhee is needed to allow Defendants to explore, under oath, the substance

of his knowledge, the basis of any statements he has made, and any information he may possess regarding the events at issue in this action. However, because Mr. McPhee resides in Toronto, Canada, he is likely outside this Court's subpoena power. To date, Defendants have been unsuccessful in trying to secure his deposition testimony voluntarily.

This Court has determined that the requested testimony is necessary in the interests of justice and essential to a full and fair resolution of the issues in dispute. The Court further finds that the testimony cannot be obtained without the intervention of an appropriate Canadian court and makes this request with the understanding that the examination would not violate Canadian procedural law.

Accordingly, this Court respectfully requests that the Appropriate Judicial Authority of Canada utilize its processes to compel Mr. McPhee to appear and testify in person, concerning any issue relevant to this action at such place as may be agreed upon by the witness and Defendants, at a time to be agreed upon by the witness and Defendants, but not later than the deadline set for the completion of depositions in the action. This Court further requests that the Appropriate Judicial Authority of Canada cause the deposition of Mr. McPhee to be transcribed by a qualified court reporter, the transcript of the deposition be authenticated, and the authenticated records to be delivered to counsel for the parties in the litigation before this Court. It is also requested that the parties be granted the option to have the testimony videotaped by a qualified videographer.

Conduct money to be paid to McPhee in accordance with the witness allowance fee schedule of the Appropriate Judicial Authority of Canada will be borne by Defendants.

This Court stands ready to extend similar assistance to the Courts of Canada in like cases.

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
# REGARDING DANIEL MCPHEE

**Requesting Judicial Authority:**
The United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007
USA

**Requested Judicial Authority:**
A competent Judge of the Superior Court of Justice in Toronto Region sitting at 330 University Avenue, Toronto, Ontario, or

c/o Judges Administration
361 University Avenue, Room 170
Toronto, Ontario M5G 1T3
Canada

**Central Authority of the State of Origin:**
United States Department of Justice
Office of International Judicial Assistance
Commercial Litigation Branch, Civil Division
Washington, DC, USA 20530

**Central Authority of the State of Destination:**
Ministry of the Attorney General
Court Administration
361 University Avenue
Toronto, Ontario M5G 1T3
Canada

**Requesting Parties:**
Google, LLC and Marta Martinez

**Counsel to Requesting Parties:**
Littler Mendelson, P.C.
290 Broadhollow Road, Suite 305
Melville, NY 11747

**Plaintiff in Action:**
Marco Meier

**Counsel to Plaintiff in Action:**
Joseph & Norinsberg, LLC
One World Trade Center, FL 85
New York, NY 10007

DATE:_____

_____
THE HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE

4925-7521-6782.2 / 048891.1057

4