UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO MEIER,<br><br>                    Plaintiff,<br><br>          -against-<br><br>GOOGLE LLC., and MARTA MARTINEZ, *Individually*,<br><br>                    Defendants. | Civil Action No.: 1:25-cv-02539 (PAE) |

**PROPOSED ORDER GRANTING APPLICANTS'
APPLICATION FOR THE ISSUANCE OF INTERNATIONAL
LETTERS ROGATORY (LETTER OF REQUEST)**

This matter comes before the Court pursuant to Defendants Google LLC and Marta Martinez's Application for the Issuance of International Letters Rogatory (the "Application"). The Court, having considered the Application, hereby ORDERS that the Application be GRANTED. This Court will issue the Letter of Request attached hereto seeking the assistance of the Appropriate Judicial Authority of Canada in obtaining testimony from Mr. Daniel McPhee.

So Ordered this __ day of _____, 2026.

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT COURT