

**Littler Mendelson, P.C.**
290 Broadhollow Road
Suite 305
Melville, New York 11747


Joseph A. Gusmano
Associate
631.247.4741 direct
631.247.4700 main
631.760.8315 fax
jgusmano@littler.com

February 26, 2026

**VIA ECF**

Hon. Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     <u>Marco Meier v. Google LLC and Marta Martinez</u>
        Civil Action No. 1:25-cv-02539-PAE

Dear Judge Wang:

As you know, we represent Defendants Google LLC and Marta Martinez (collectively, "Defendants") in the above-referenced action. We write, jointly with counsel for Plaintiff, to respectfully request that a third preliminary settlement conference call be scheduled.

Should the Court be inclined to grant this request, the parties propose March 10, March 17, March 19, or another date thereafter that is convenient for Your Honor.

We thank the Court for its consideration of this request.

Respectfully submitted,

Littler Mendelson, P.C.
<u>/s/ Joseph A. Gusmano</u>
Joseph A. Gusmano
*Counsel for Defendants*


Joseph & Norinsberg LLC
<u>/s/ Jitesh Dudani        </u>
Jitesh Dudani
*Counsel for Plaintiff*