**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MARCO MEIER,

               Plaintiff,

            -against-

GOOGLE LLC, et al.,

              Defendants.

------------------------------------------------------------x

25-CV-2539 (PAE) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, March 19, 2026 at 3:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

The Clerk of Court is directed to close ECF 54.

.

**SO ORDERED.**

Dated: March 3, 2026
New York, New York

                                                      *s/ Ona T. Wang*
                                                         **Ona T. Wang**
                                                  United States Magistrate Judge