UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCO MEIER,<br><br>    Plaintiff,<br><br>  -against-<br><br>GOOGLE LLC., and MARTA MARTINEZ, *Individually*,<br><br>    Defendants. | Civil Action No.: 1:25-cv-02539 (PAE) |

**~~PROPOSED~~ ORDER GRANTING APPLICANTS'<br>APPLICATION FOR THE ISSUANCE OF INTERNATIONAL<br>LETTERS ROGATORY (LETTER OF REQUEST)**

This matter comes before the Court pursuant to Defendants Google LLC and Marta Martinez's Application for the Issuance of International Letters Rogatory (the "Application"). The Court, having considered the Application, hereby ORDERS that the Application be GRANTED. This Court will issue the Letter of Request attached hereto seeking the assistance of the Appropriate Judicial Authority of Canada in obtaining testimony from Mr. Daniel McPhee.

So Ordered this 3d day of March, 2026.

                  _____
                  HON. PAUL A. ENGELMAYER
                  UNITED STATES DISTRICT COURT