UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X          Case No.  1:25-cv-02539-PAE

John Doe #1, John Doe #2, and John Doe #3,

                      Plaintiffs,

     - against -          **NOTICE OF APPEARANCE**

SAND CASTLE CATERERS, INC., ENRIQUE SANCHEZ,
*Individually,* and NICHOLAOS BOULTADAKIS,

                    Defendants.

------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel in this action on behalf of Plaintiffs.

Dated: New York, New York
       March 19, 2026

                           Respectfully submitted,

                           **JOSEPH & NORINSBERG LLC**
                           *Attorneys for Plaintiffs*

                           By: _____
                           Kayla Wheeler, Esq.
                           One World Trade Center, Floor 85
                           New York, New York 10007
                           Tel: (212) 220-5700
                           Fax: (212) 656-1889
                           Direct: (212) 220-8653
                           kayla@EmployeeJustice.com