UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Case No. 1:25-cv-02539-PAE

MARCO MEIER,

                                    Plaintiff,

                                                                              **NOTICE OF APPEARANCE**

        - against -

GOOGLE LLC., and MARTA MARTINEZ,
*Individually*,

                                    Defendants.
------------------------------------------------------------------------X

        To the Clerk of the Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel in this action on behalf of Plaintiff.

Dated:  New York, New York
        March 20, 2026

                                            Respectfully submitted,

                                            **JOSEPH & NORINSBERG LLC**
                                            *Attorneys for Plaintiff*


                                            By: */s/ Kayla Wheeler*
                                            Kayla Wheeler, Esq.
                                            One World Trade Center, Floor 85
                                            New York, New York 10007
                                            Tel: (212) 220-8653
                                            Fax: (212) 656-1889
                                            kayla@employeejustice.com