**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

MARCO MEIER,

        Plaintiff,

        - against -

GOOGLE, LLC., and MARTA MARTINEZ,
Individually,

        Defendants.

-----------------------------------------------------------------------X

Case No. 1:25-cv-02539 (PAE)

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel in this action on behalf of Plaintiff.

Dated: New York, New York
       March 24, 2026

                  Respectfully submitted,

                  **JOSEPH & NORINSBERG LLC**
                  *Attorneys for Plaintiff*

                  By: /s/
                  Yori Johnson, Esq.
                  One World Trade Center, Floor 85
                  New York, New York 10007
                  Tel: (212) 220-6792
                  Fax: (212) 656-1889
                  Yori@EmployeeJustice.com