**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MARCO MEIER,

                  Plaintiff,

                  -against-

GOOGLE LLC, et al.,

                  Defendants.

-------------------------------------------------------------x

25-CV-2539 (PAE) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call on Thursday, March 19, 2026.

In accordance with the Court's instructions and orders on that call, it is now hereby:

**ORDERED** that an in-person Settlement Conference will be held on **Wednesday, April 29, 2026 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Counsel shall review and comply with the Court's Individual Rules of Practice in Civil Cases § VII upon receipt of this Scheduling Order.

It is further **ORDERED** that the parties' Ex Parte Settlement Conference Summary Forms and Letters shall be submitted by **Wednesday, April 22, 2026**.

**SO ORDERED.**

Dated: March 24, 2026
     New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge