UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X     Case No. 1:25-cv-02539-PAE

MARCO MEIER,

                              Plaintiff,

                                                                              **NOTICE OF APPEARANCE**

        - against -

GOOGLE LLC., and MARTA MARTINEZ,
*Individually*,

                              Defendants.

------------------------------------------------------------------------X

        To the Clerk of the Court and all parties of record:

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel in this action on behalf of Plaintiff.

Dated:  New York, New York
        March 24, 2026

                                        Respectfully submitted,

                                        **JOSEPH & NORINSBERG LLC**
                                        *Attorneys for Plaintiff*


                                        By: */s/ Julie Varghese*
                                        Julie Varghese, Esq.
                                        One World Trade Center, Floor 85
                                        New York, New York 10007
                                        Tel: (212) 220-5700
                                        Fax: (212) 656-1889
                                        julie@employeejustice.com